UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVE LONG,

    Plaintiff,

v.                                                                     Case No: 2:16-cv-322-FtM-38MRM

EAST COAST WAFFLES, INC.,

    Defendant.
_____/

## ORDER

This case is set for the January 2018 trial term. As discussed at last week's status hearing, a settlement conference with the non-assigned United States Magistrate Judge may be beneficial in resolving this case before trial.

Accordingly, it is now **ORDERED**:

(1) This case is **REFERRED** to the United States Magistrate Judge Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. All named parties to this suit must attend the settlement conference as directed by Judge Mirando.

(2) The parties are **DIRECTED** to contact Judge Mirando's Courtroom Deputy, Wendy Winkel, at 239-461-2008 to arrange for a mutually agreeable time to participate in the settlement conference

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of October 2017.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    United States Magistrate Judge Carol Mirando
              All Parties of Record